IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

TIWONTAY VERSEY-JAMES,

    Plaintiff,

v.  Case No. 22C1551

DEONDRE MOORE, et al.,

    Defendants.

## NOTICE OF SUBSTITUTION

PLEASE TAKE NOTICE that the Defendants David Braasch, Eddie Edwards, and Deondre Moore, substitute as their attorney of record in this action Brandon T. Flugaur, Assistant Attorney General, in place of Michael A. Emer. The Defendants request service of all discovery and correspondence be made upon Assistant Attorneys General Brandon T. Flugaur and Jonathon M. Davies as counsels of record at Wisconsin Department of Justice, Post Office Box 7857, Madison, Wisconsin 53707-7857. All other papers should be served through the court's electronic filing system.

Dated: October 26, 2023

    Respectfully submitted,

    JOSHUA L. KAUL
    Attorney General of Wisconsin

    <u>s/Brandon T. Flugaur</u>
    BRANDON T. FLUGAUR
    Assistant Attorney General
    State Bar #1074305

JONATHON M. DAVIES
Assistant Attorney General
State Bar #1102663

Attorneys for Defendants Braasch, Edwards, and Moore

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-1780 (Flugaur)
(608) 261-8125 (Davies)
(608) 294-2907 (Fax)
flugaurbt@doj.state.wi.us
daviesjm@doj.state.wi.us